UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GARY TRINIDAD,

    Plaintiff,

    v.                                                Case No. 19-2683-DDC

AGILITI HEALTH, INC.,

    Defendant.

## AMENDED SCHEDULING ORDER

The parties have filed a joint motion (ECF No. 33) to amend the scheduling order (ECF No. 8). For good cause shown, the court enters this amended scheduling order:

    a.    All discovery must be commenced or served in time to be completed by **January 25, 2021**.

    b.    All other potentially dispositive motions (e.g., motions for summary judgment), must be filed by **March 31, 2021**.

    c.    Pursuant to Fed. R. Civ. P. 16(e), a pretrial conference is scheduled for **February 23, 2021 at 11:00 AM**, in the U.S. Courthouse, Courtroom 223, Kansas City, Kansas; this pretrial conference may be conducted by telephone if the judge determines the proposed pretrial order is in the appropriate format and there are no other problems requiring counsel to appear in person. Unless otherwise notified, the undersigned U.S. Magistrate Judge will conduct the conference. No later than **February 12, 2021**, defense counsel must submit the parties' proposed pretrial order (formatted in Word or WordPerfect) as an attachment to an e-mail sent to

ksd_ohara_chambers@ksd.uscourts.gov.  The proposed pretrial order must not be filed with the Clerk's Office.

    d.    The parties expect the jury trial of this case to take approximately 5 trial days. This case will be tried in Kansas City, Kansas.  This case is set for trial on the court's docket beginning on **<u>December 7, 2021 at 9:00 AM</u>**.  Unless otherwise ordered, this is not a "special" or "No. 1" trial setting.  Therefore, during the month preceding the trial docket setting, counsel should stay in contact with the trial judge's courtroom deputy to determine the day of the docket on which trial of the case actually will begin.  The trial setting may be changed only by order of the judge presiding over the trial.  The parties and counsel are advised that any future request for extension of deadlines that includes a request to extend the dispositive motion deadline will likely result in a new (i.e., later) trial date.

    This amended scheduling order will not be modified except by leave of court upon a showing of good cause.

    IT IS SO ORDERED.

    Dated September 28, 2020, at Kansas City, Kansas.

<u>s/ James P. O'Hara</u><br>
James P. O'Hara<br>
U.S. Magistrate Judge