# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **GARY TRINIDAD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 19-2683-DDC |
| | ) |
| **AGILITI HEALTH, INC.** | ) |
| f/k/a Universal Health Systems, Inc., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Pursuant to F.R.Civ.P. 41(a), the parties hereby stipulate that all claims asserted in this lawsuit are dismissed with prejudice. Each party shall bear his or its own costs and fees.

**Date: April 1, 2022**

Respectfully submitted,

**THE POPHAM LAW FIRM, P.C.**

/s/ Dennis E. Egan
Dennis E. Egan, KS #70672
712 Broadway, Suite 100
Kansas City, MO 64105
Telephone: 816-221-2288
degan@pophamlaw.com

**KLOSENER LAW FIRM**

/s/ Tiffany Klosener
Tiffany Klosener, KS Bar #16698
923 NE Woods Chapel Rd., #248
Lee's Summit, MO 64064
Telephone: 816-806-4725
tklosener@klosenerlaw.com

**ATTORNEYS FOR PLAINTIFF**

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

/s/ Michael Kopit
Michael Kopit, KS#25488
Alan L. Rupe, KS #08914
1605 N. Waterfront Parkway, Suite 150
Wichita, KS 67206
Telephone:    (316) 609-7900
Facsimile:     (316) 462-5746
Michael.kopit@lewisbrisbois.com
alan.rupe@lewisbrisbois.com

**ATTORNEYS FOR DEFENDANT AGILITI HEALTH, INC.**